UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

621 Stockton DE LLC, Debtor

Case No. _____

Chapter 11

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

      Following is a list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with FED. R. Bankr. P. 1007(d) for the filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT* | UNLIQUIDATED* | DISPUTED* | SUBJECT TO SETOFF* | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| Bleyle Elevator, INC- Box 968, Pacifica, CA 94044 | Eric (650) 359-7580 | Contract | | | | | 825.00 |
| Task Company – 224 Peria Street, San Francisco, CA 94112 | Task (415) 760-1456 | Contract | | | | | 4125.00 |

---

  * The following information is based upon a review of the debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses or counterclaims to the below-listed claims have been completed. Therefore, this listing does not and should not be deemed to constitute: (1) a waiver of any defense, counterclaim or offset to the below-listed claims; (2) an acknowledgment of the allowability of any of the below-listed claims; and/or (3) a waiver of any other right or legal position of the debtor.

487542v.1

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | C O N T I N G E N T * | U N L I Q U I D A T E D * | D I S P U T E D * | S U B J E C T  T O  S E T O F F * | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| FBE Mabuhay Builders – 676 Geary Street Suite C, San Francisco, CA 94102 | Customer Service (415) 292-7885 | Contract | | | | | 9349.00 |
| City Hardwood Floor – PO Box 983, Daly City, CA 94107 | Customer Service (650) 755-3201 | Contract | | | | | 500.00 |
| One Source Plumbing – P.O. Box 3211, San Rafael, CA 94912 | Customer Service (415) 322-3222 | Contract | | | | | 204.71 |
| PG&E – Box 997300, Sacramento, CA 95899 | Customer Service (800) 743-5000 | Contract | | | | | 9698.66 |
| GMG Janitorial Inc. – 2237 Palou Street, San Francisco, CA 94124 | Customer Service (415) 642-2100 | Contract | | | | | 240.00 |
| C R Reichel Engineering Co Inc. -718 Natoma Street, San Francisco, CA 94103 | Tim (415) 431-7100 | Contract | | | | | 160.20 |
| San Francisco Fire Department- 698 Second Street, Room #109, San Francisco, CA 94107 | Customer Service (415) 558-3300 | Contract | | | | | 146.00 |
| Shirley Benefiel – 645 Stockton Street #201, San Francisco, CA 94108 | Shirley (415) 788-7447 | Contract | | | | | 821.71 |
| Archway Property Services, LLC – 604 Eddy Street, San Francisco, CA 94109 | Customer Service (415) 992-7734 | Contract | | | | | 672.70 |
| S.F. Water Department – P.O. Box 7369, San Francisco, CA 94120 | Customer Service (415) 351-3399 | Contract | | | | | 5427.61 |
| Department of Public Health – 1390 Market Street #310, San Francisco, CA 94102 | Customer Service (888) 877-5379 | Contract | | | | | 633.50 |
| Heuang Mak – 621 Stockton Street, Apt 201, San Francisco, CA 94108 | Heung (415) 713-3516 | Security Deposit Refund | | | | | 4475.00 |
| R L & F Service Corp – PO Box 551, Wilmington, DE 19899 | Customer Service (303) 651-7642 | Contract | | | | | 420.00 |
| Superior Plumbing & Fire Protection – 22 Guerrero Street, San Francisco, CA 94117 | Gabriel Gucho (415) 503-0064 | Contract | | | | | 242.46 |

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT* | UNLIQUIDATED* | DISPUTED* | SUBJECT TO SETOFF* | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| Escape Artists – PO Box 40538, San Francisco, CA 94140 | Customer Service (415) 279-6113 | Contract | | | | | 280.00 |
| International Fire Inc. -765 Pennsylvania, San Francisco, CA 94107 | Customer Service (415) 643-1767 | Contract | | | | | 163.68 |
| Barber Backflow – PO Box 920, San Leandro, CA 94577 | Customer Service (800) 870-8378 | Contract | | | | | 80.00 |
| AT&T – Payment Center, Sacramento, CA 95887 | Customer Service (800) 891-1800 | Contract | | | | | 78.52 |

# DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION

      The undersigned, an officer of 621 Stockton DE, LLC, a Delaware limited liability company, declares under penalty of perjury that he has read the foregoing List of Creditors Holding 20 Largest Unsecured Claims, and that it is true and correct to the best of his information and belief.


DATED: July 15, 2010,          /s/ Edward C. Singer, Jr.
                                         Authorized Agent

487542v.1

Case: 10-32661   Doc# 1-1   Filed: 07/15/10   Entered: 07/15/10 19:22:33   Page 4 of 4