MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, State Bar No. 83684
JEAN BARNIER, State Bar No. 231683
645 First St. West, Suite D
Sonoma, California 95476
Telephone: (707) 935-3205
Facsimile: (707) 935-7051
Email: macclaw@macbarlaw.com

Proposed Attorneys for Debtors
and Debtors-in-possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>621 STOCKTON DE, LLC,<br>a California limited liability company<br><br><br><br>     Debtor.<br> | Case No. 10-32661 TEC<br>(Chapter 11)<br>Jointly Administered With<br>Case No. 10-32662 TEC<br>Case No. 10-32663 TEC, and<br>Case No. 10-32664 TEC<br><br>**MOTION FOR AUTHORITY TO EMPLOY BANKRUPTCY COUNSEL FOR DEBTORS-IN-POSSESSION AND DECLARATION OF PROPOSED COUNSEL** |

TO: THE HONORABLE THOMAS E. CARLSON, UNITED STATES BANKRUPTCY JUDGE:

The motion of 621 STOCKTON DE, LLC, BAY CITI PROPERTIES II DE, LLC, CIVIC PROPERTIES DE, LLC, and LRL CITIGROUP PROPERTIES II, LLC ("Affiliated Debtors") respectfully represents:

1. On July 15, 2010, the Affiliated Debtors each filed separate voluntary petitions for relief under Chapter 11 of the Bankruptcy Code. Thereafter, the Court entered an Order for Joint Administration of Chapter 11 Cases and designated Case No. 10-32661 as the lead case.

2. The Affiliated Debtors remain in ownership and management of their respective estates as debtors-in-possession.

3. The Affiliated Debtors, as debtor-in-possession, wish to employ the law firm of MacConaghy & Barnier, PLC as their attorneys in these jointly administered cases. The Affiliated Debtors are informed and believes that said firm generally limits its practice to the areas of insolvency, reorganization, and bankruptcy law and is well qualified to represent the Affiliated Debtors. All attorneys comprising or associated with said firm who will render services in this case are duly admitted to practice law in the State of California and in the United States District Court for the Northern District of California.

4. The Affiliated Debtors have selected the law firm of MacConaghy & Barnier, PLC for the reason that the members and associates of that firm have had considerable experience in matters of this character, and the Affiliated Debtors believes that said firm is well qualified to represent them in this proceeding.

5. The professional services that said law firm is to render are:

(a) to advise Affiliated Debtors regarding matters of bankruptcy law;

(b) to represent the Affiliated Debtors in proceedings or hearings in the Bankruptcy Court;

(c) to assist the Affiliated Debtors in the preparation and litigation of appropriate applications, motions, adversary proceedings, answers, orders, reports and other legal papers;

(d) to advise the Affiliated Debtors concerning the requirements of the Bankruptcy Code and Rules relating to the administration of this case and the operation of the Affiliated Debtors' businesses;

(e) to assist the Affiliated Debtors in the negotiation, preparation, confirmation, and implementation of a plan of reorganization; and

(f) to perform all other legal services for the Affiliated Debtors as debtors-in-possession as may be necessary herein;

and it is necessary for the Affiliated Debtors as debtors-in-possession to employ such legal services.

6. Because of the extensive legal services required, the Affiliated Debtors desire to employ the law firm of MacConaghy & Barnier, PLC under a general retainer at the normal hourly rates for each attorney in said firm who renders services in this proceeding. At the time of the filing of this motion, the normal billing rate of John H. MacConaghy is $400.00 per hour, the normal billing rate of Jean Barnier is $300.00 per hour, and the normal billing rate of Monique Jewett-Brewster is $300.00 per hour. Prior to the filing of the petition for relief, the Debtor paid to MacConaghy & Barnier, PLC a retainer in the amount of $75,000.00, $60,000 of which was advanced by Oxford Investments and Mortgages, the holder of a blanket junior deed of trust on the real properties owned by the Affiliated Debtors. Oxford Investments and Mortgages has no other connection or agreement with MacConaghy & Barnier, PLC, and is represented by its own counsel in these proceedings. The Affiliated Debtors have further agreed to pay said attorneys at their normal hourly rates such compensation as is allowed and ordered paid by this Court, together with actual and necessary expenses.

7. MacConaghy & Barnier, PLC has a connection to other "affiliates" of the Affiliated Debtors. The Affiliated Debtors are one component of a group of numerous entities known as "The Lembi Group", which are in the business of owning and managing real property, primarily multi-family residential real property located within the City and County of San Francisco. Within The Lembi Group, the Affiliated Debtors are designated as "Bridge 6", reflecting the fact that their various real properties are subject to a single secured debt structure. Other entities within the Lembi Group include "Bridge 4", "Bridge 7", "Bridge 8A", and "Bridge 11". MacConaghy & Barnier, PLC is currently counsel of record for the four "Bridge 11" entities in their jointly administered Chapter 11 cases pending before this Court, *In re Hermann Street DE, LLC*, Case No. 10-30413 TEC, *In re LRL Citi Properties I DE, LLC*, Case No. 10-30414 TEC, *In re Trophy Properties I DE, LLC*, Case No. 10-30415 TEC, and *In re Sutter Associates DE, LLC*, Case No. 10-30416 TEC. MacConaghy & Barnier, PLC has further performed legal services for the Bridge 4, 7, and 8A entities concerning their respective

1 relationships with their secured creditors.

2     8.    In the ordinary course of business of The Lembi Group, numerous common expenses are pro-rated among the different Bridges and entities, there are numerous payments among the different entities to compensate for these shared expenses, and there are numerous other inter-company receivables and payables. Among other things, the Affiliated Debtors hold combined inter-company receivables due from the four Bridge 11 entities as follows: (1) 621 Stockton DE, LLC – $700.00; (2) Bay Citi Properties II DE, LLC – $3,600; (3) Civic Properties DE, LLC – $31,950; and (3) LRL Citigroup Properties II DE, LLC – $150,500. Further certain of the Affiliated Debtors in the instant jointly administered cases may hold inter-company receivables against each other. To the best of the Affiliated Debtors' knowledge, the law firm of MacConaghy & Barnier, PLC and its members and employees have no other connection with the Affiliated Debtors, their creditors, any other party in interest, the United States Trustee or any person employed in the Office of the United States Trustee, or their respective attorneys and accountants, to the extent applicable.

    9.    To the best of the Affiliated Debtors' knowledge, the law firm of MacConaghy & Barnier, PLC and its principals and employees are "disinterested persons" as that term is defined in 11 USC § 101(13), and their employment would be in the best interest of the estate.

WHEREFORE, the Affiliated Debtors pray that they be authorized to employ the firm of MacConaghy & Barnier, PLC, of Sonoma, California, under a general retainer to represent them as debtors-in-possession in this proceeding under Chapter 11 of the Bankruptcy Code, and that the Court grant such other and further relief as it deems proper.

Dated: August 11, 2010

    621 STOCKTON DE, LLC
    BAY CITI PROPERTIES II DE, LLC
    CIVIC PROPERTIES DE, LLC
    LRL CITIGROUP PROPERTIES II DE, LLC

    /s/ Edward C. Singer, Jr.
    By Edward C. Singer, Jr., Authorized Agent

# **DECLARATION OF PROPOSED ATTORNEY**

The undersigned, John H. MacConaghy, declares the following:

1. I am an attorney and counselor at law, duly admitted to practice in the State of California and before this honorable Court.

2. I am a principal of the firm of MacConaghy & Barnier, PLC, whose offices are located in Sonoma, California.

3. Except as set forth in paragraph 7 and 8 above, neither my firm, its principals, nor its employees have any connection with the Debtor in this proceeding, its creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

4. My firm represents no interest adverse to the Debtor as Debtor-in-possession herein, or its estate in the matters on which it is to be engaged.

5. My firm will not share its compensation with any other person, or enter into an agreement to share its compensation with any other person.

6. I acknowledge and agree that allowance of compensation to my firm is subject to exclusive jurisdiction of the Court after notice and hearing pursuant to the provisions of Bankruptcy Code Section 330.

I declare under penalty of perjury that the above set forth statement is true and correct.

Executed on August 12, 2010, at Sonoma, California.

                                                /s/ John H. MacConaghy
                                                John H. MacConaghy

# DECLARATION OF SERVICE BY EMAIL

I am a citizen of the United States, over the age of 18 years and not a party to the within action. My business address is 645 First Street West, Suite D, Sonoma, California 95476.

I served true and correct copies of the **MOTION FOR AUTHORITY TO EMPLOY BANKRUPTCY COUNSEL FOR DEBTORS-IN-POSSESSION and DECLARATION OF PROPOSED COUNSEL**, by placing said copies in the United States Mail at Sonoma, California on the date shown below, and in a sealed envelope(s) with first-class postage prepaid, addressed to the person(s) below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Sonoma, California on August 12, 2010.


          /s/ John H. MacConaghy
          John H. MacConaghy

Office of the U.S. Trustee
U.S. Department of Justice
235 Pine Street
San Francisco, CA 94104